# UGO UZOH, P.C.
ATTORNEYS AT LAW
304 LIVINGSTON STREET, SUITE 2R
BROOKLYN, NEW YORK 11217
TEL: (718) 874-6045, FAX: (718) 576-2685

August 1, 2015

**By ECF**

Honorable Sterling Johnson, Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

                Re:    <u>Kroutchev Demosthene v. City of New York, et al.</u>
                      14 CV 816 (SJ) (VMS)

Dear Judge Johnson:

      This firm represents Plaintiff Kroutchev Demosthene, in connection with the above referenced matter. I write to respectfully request that the Court extend *nunc pro tunc* the July 24, 2015 deadline for filing of plaintiff's objections to the *Report & Recommendation* of the Honorable Vera M. Scanlon dated June 26, 2015 ("R&R"), from July 24, 2015 to August 1, 2015.[1] Due to the timing of the instant motion, the undersigned could not reach defendants for consent. This is plaintiff's third motion for extension of the deadline for filing of plaintiff's objections to the R&R. On July 8, 2015, the Court granted plaintiff's initial motion for extension of the deadline for filing of plaintiff's objections to the R&R. (Docket No. 37.) Presently, the Court has yet to make a determination concerning plaintiff's second motion for extension of the deadline for filing of plaintiff's objections to the R&R which was filed on July 21, 2015. (Docket No. 38.)

      The reason for this request is because my intern's son suddenly fell sick yesterday as we were finalizing plaintiff's objections. As a result, my intern -- who was assisting in finalizing the papers -- was forced to leave and take him to Kings County Hospital Center for emergency medical treatment. Because I ended up finalizing the papers alone, coupled with the fact that I spent time following up on my intern and her son's medical treatment, I was delayed and ended up filing the objections approximately 50 minutes late from the July 31, 2015 date, requested in my aforementioned July 21, 2015 letter motion. I sincerely apologize for the delay.

---

[1] Plaintiff has just filed his objections to the R&R on August 1, 2015, at approximately 12:54 a.m.

Thank you for your time and consideration of plaintiff's request.

Respectfully submitted,

/s/

Ugochukwu Uzoh

cc: Assistant Corporation Counsel Richard Weingarten [via ECF]