```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
KROUTCHEV DEMOSTHENE
also known as JEFFREY DEMOSTHENE,

                                                    JUDGMENT

                Plaintiff,                          14 CV 816 (SJ) (VMS)
        v.

CITY OF NEW YORK, et al.,

                Defendants.
----------------------------------------------------------------X
```

An Order of the Honorable Sterling Johnson, United States District Judge, having been filed on August 16, 2019, adopting the Report and Recommendation of Magistrate Judge Vera M. Scanlon, dated July 20, 2018, dismissing the complaint; granting the Defendants' motion; and deeming any outstanding motions as moot; it is

ORDERED and ADJUDGED that the complaint is dismissed; that the Defendants' motion is granted; and that any outstanding motions are deemed moot.

Dated: Brooklyn, New York　　　　　　　　　　Douglas C. Palmer
　　　　August 22, 2019　　　　　　　　　　　　Clerk of Court

　　　　　　　　　　　　　　　　　　　By:　 */s/Jalitza Poveda*
　　　　　　　　　　　　　　　　　　　　　　 Deputy Clerk